

Breakthroughs that change patients' lives

Monday, March 21, 2022

Dear Toufic Eleid:

Thank you in advance for your interest in remaining with Pfizer Inc.  You have been identified as a **Top Performer in the US Sales Organization** and we are excited to offer you an opportunity stay with Pfizer.

As we continue to see the impact of COVID-19 around the world, it is more important than ever that we act with a patients first mindset. Building on our COMIRNATY work, our plans for PAXLOVID are being designed to help ensure that everyone who needs treatment can get treatment. We are very excited and proud to share the news that the Hospital and Internal Medicine Business Units are partnering globally to co-promote PAXLOVID, once it is approved by the FDA, to help lead efforts to bring the pandemic under control.   This collaboration is a great illustration of the collective advantage we create when we bring together the unique talents and skills of our specialty businesses within Biopharma.

## What does this mean for you?  (if you accept this offer)

Scheduled Separation
- You will be removed from the separation process that you are currently aligned to. Your notice period will end, and you will be onboarded back to Pfizer.  You will therefore be *forfeiting* your existing severance package.

Colleague Placement
- You will be placed in a temporary **Regional Representative** position within the Internal Medicine organization effective **April 1, 2022**
  - This position is a holding position while PAXLOVID is pending FDA approval and until the sales force goes live (anticipated in Q3).
  - Your annual base compensation and salary structure will remain the same; however, your bonus will be paid at target. Your April 1 Merit increase would be reinstated at a value of 4%.
- If PAXLOVID is approved and the sales force goes live with post-approval promotion, you will be placed into your new role / position to bring PAXLOVID to our communities.
  - You will not be required to interview.
  - The new sales assignment will align with your current geography in New Orleans, LA
  - Your annual base compensation and salary structure will transition to the new HSP model.
    - Business Title:  HSP Level 3
    - Grade:  009
    - Base Salary: $ 142,358
    - Target: $ 30,400

Management Alignment & Expectations
- You will initially be under the leadership of Michael Romano, IM Sales Leader, as a regional representative and he will contact you regarding your responsibilities / expectations as well as transitional

Exhibit 1 to Complaint of Toufic Eleid - Page 1 of 3

details.
- As a Regional Representative, it is our expectation you will remain in your role until PAXLOVID is approved and you transition into your new role within the Health & Science sales force.

## What if FDA Approval is not granted?

- If you have accepted this offer and have been retained by Pfizer in a Regional Representative role awaiting the approval of PAXLOVID and the FDA approval and/or PAXLOVID salesforce does not come to fruition, then your eligibility for severance will be reinstated. You will be placed into the next available separation wave. However, you will still have the opportunity to post and compete for internal roles during your 60-day notice period up until two weeks prior to your termination date.

## What does this mean for you?  (if you do not accept this offer)

- If you decline this offer, there is no impact to your existing exit timing & severance. You will remain in your current wave and exit based on your current wave separation timelines with no change to your existing severance package.

You must respond to this offer by filling out the Email Response Form below.  (**Deadline: Thursday, March 24th 5:00 p.m. local time**)

We understand you may have questions regarding this offer. I am happy to discuss this offer and your specific situation in more detail. Please contact **Kristi Willis (kristi.willis@pfizer.com)**. We hope that you will carefully consider this offer and that you will accept this placement.

Sincerely,

Kristi Willis
Pfizer North America People Experience (Human Resources)
US Sales Field Force

Exhibit 1 to Complaint of Toufic Eleid - Page 2 of 3

**EMAIL RESPONSE TO OFFER:**

- To accept this offer, you must place an "X" on the ACCEPT line.
- To decline this offer, you must place an "X" on the DECLINE line.
- Once Accept or Decline has been indicated below, be sure to include your electronic signature and the current  date.
- **All responses to offers must be returned via email by <span style="color:red">Thurs, March 24th 5:00 p.m. local time</span>**

\_\_\_  **ACCEPT:** I would like to accept this offer with all the conditions described in the offer letter.

\_\_\_  **DECLINE:** I would like to decline this position. I will exit the Company as previously communicated to me with the opportunity for severance.

Name_____     Date_____

Exhibit 1 to Complaint of Toufic Eleid - Page 3 of 3