UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOUFIC ELEID | CIVIL ACTION |
| VERSUS | NO. 23-356 |
| PFIZER, INC. | SECTION M (1) |

## ORDER & REASONS

Before the Court is a motion to compel arbitration filed by defendant Pfizer, Inc. ("Pfizer").[1] Plaintiff Toufic Eleid responds stating that he has no opposition.[2] Having considered the parties' memoranda, the record, and the applicable law,

IT IS ORDERED that Pfizer's motion to compel arbitration (R. Doc. 12) is GRANTED, and this matter is DISMISSED.

New Orleans, Louisiana, this 1st day of August, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 12.
[2] R. Doc. 13.